# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  LATONYA R. CRUSE  
816 N. JOHNSTON AVE.  
ROCKFORD, IL  61102

SSN-xxx-xx-3166

Case Number: 05-73477

Case filed on: 7/12/2005  
Plan Confirmed on: 9/30/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $11,700.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | LATONYA R. CRUSE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | NUVELL CREDIT COMPANY LLC | 15,000.00 | 15,000.00 | 7,559.38 | 2,063.57 |
|  | Total Secured | 15,000.00 | 15,000.00 | 7,559.38 | 2,063.57 |
| 001 | NUVELL CREDIT COMPANY LLC | 8,751.45 | 8,751.45 | 0.00 | 0.00 |
| 002 | SECURITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AVON PRODUCTS, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | FEATHERSTONE CLINIC | 158.58 | 158.58 | 0.00 | 0.00 |
| 005 | FIRST NATIONAL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BOWMAN, HEINTZ, BOSCIA & VICIA | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | OSF ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ROCKFORD MERCANTILE AGENCY INC | 693.40 | 693.40 | 0.00 | 0.00 |
| 014 | UNITED EQUITABLE INS. CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DOROTHY CRUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NUVELL CREDIT CORPORATION | 10,267.87 | 0.00 | 0.00 | 0.00 |
| 017 | B-LINE LLC | 836.93 | 836.93 | 0.00 | 0.00 |
|  | Total Unsecured | 20,708.23 | 10,440.36 | 0.00 | 0.00 |
|  | Grand Total: | 37,072.23 | 26,804.36 | 8,923.38 | 2,063.57 |

Total Paid Claimant:     $10,986.95  
Trustee Allowance:        $713.05  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008         By  /s/Heather M. Fagan